DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice* application forthcoming
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence Street
Eugene, Oregon 97401
Telephone:    (541) 344-3505
Facsimile:    (541) 344-3516
dan@tebbuttlaw.com

RACHEL S. DOUGHTY (California State Bar No. 255904)
CHRISTIAN R. BUCEY (California State Bar No. 341921)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
Telephone:    (510) 900-9502
Facsimile:    (510) 900-9502
rdoughty@greenfirelaw.com
cbucey@greenfirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. _____<br><br>**EXHIBIT A**<br><br>*To*<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Freedom of Information Act |



**U.S. RIGHT TO KNOW**

July 14, 2020

Department of Health and Human Services (HHS)
Freedom of Information Officer
Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, D.C. 20201

VIA email: FOIARequest@hhs.gov

   RE:  Freedom of Information Act Request

Dear FOIA Officer:

This request under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*, to the U.S. Department of Health and Human Services (HHS) consists of three parts regarding the following employees:

1. Alex Azar, HHS Secretary
2. Thomas E. Price, Former HHS Secretary
3. Eric D. Hargan, Deputy Secretary
4. Ann C. Agnew, Executive Secretary to the Department
5. Wilma M. Robinson, Deputy Executive Secretary to the Department
6. Robert Kadlec, Assistant Secretary for Preparedness and Response (ASPR), Office of the ASPR
7. Matthew A. McCord, Director of Partnering, Biomedical Advanced Research & Development Authority
8. Ryan Morhard, Former Branch Chief - International Partnerships, Office of the ASPR
9. David Hassell, Acting Principal Deputy Assistant Secretary, Senior Science Advisor
10. Maria-Julia Marinissen, International Policy Branch Chief, Office of Strategy, Policy, Planning, and Requirements
11. D. Gray Heppner, National Biodefense Science Board Member
12. Tammy Spain, National Biodefense Science Board Member
13. Noreen A. Hynes, National Biodefense Science Board Member

For this FOIA request we are seeking copies of records created, received and/or in the possession of HHS, including cross-references. Specifically, we are seeking records that reflect communications – whether in writing or verbal communications that were later reduced to writing (including any emails and their attachments, non-email correspondence or other forms of communication) – to, from, CC, BCC or in the possession of the above-named individuals -- containing any of the following keywords or domains:

Part I of this request pertains to communications containing <u>any of the following keywords or domains</u>:

- East China Normal University
- Wuhan Institute of Virology OR WIV OR @wh.iov.cn

- Wuhan Center for Disease Control and Prevention
- Wuhan University State Key Laboratory of Virology OR SKLV OR @whu.edu.cn
- Wuhan University Institute of Medical Virology
- Chinese Center for Disease Control and Prevention OR @im.ac.cn
- EcoHealth Alliance OR EcoHealth OR @ecohealthalliance.org
- Coalition for Epidemic Preparedness Innovations OR CEPI OR @cepi.net
- Christophe Mérieux Laboratory located in Beijing

Part II of this request pertains to communications containing <u>any of the following *combinations* of keywords</u>:

- "China" AND "biothreat"
- "China" AND "bioincident"
- "China" AND "Dual Use Research of Concern" OR "China" AND "DURC" OR "China" AND "GOF"
- "China" AND "biodefense"
- "China" AND "US Army Medical Research Institute of Infectious Diseases" OR "China" AND "USAMRIID"

For Part III, please search for all email correspondence to or from above listed employees– including attachments, CC and BCC – and the following person(s):

- Shi Zheng-Li OR Shi Zhengli OR zlshi@wh.iov.cn
- Fang Li OR lifang@umn.edu
- Peter Daszak OR daszak@ecohealthalliance.org
- William Karesh OR Billy Karesh OR karesh@ecohealthalliance.org
- George Gao OR gaof@im.ac.cn
- Linfa Wang OR linfa.wang@duke-nus.edu.sg
- Christian Bréchot OR cbrechot@usf.edu
- Ralph Baric OR rbaric@email.unc.edu
- Ian Lipkin OR wil2001@columbia.edu
- James Le Duc OR jwleduc@utmb.edu
- Thomas Ingelsby OR tinglesby@jhu.edu

We respectfully request that in conducting its searches implicating e-mail correspondence the HHS ensures that the scope encompasses emails to or from the HHS personnel named above, including e-mails on which they or anyone else was carbon copied ("CC") or blind carbon copied ("BCC").

HHS may limit the timeframe to January 1, 2017, or the earliest date after which such records exist, and up until the date upon which HHS begins conducting searches for responsive records.

The scope of the searches should not be limited to HHS-originated records and should be construed to include records that are currently in the possession of a U.S. Government contractor for purposes of records management. The scope of the search should encompass all individual hard drives, shared drives, e-mail accounts and/or communication devices (including personal e-mail accounts and communication devices) that would be reasonably likely to maintain responsive records.

We request that you disclose the listed documents and materials as they become available to you, without waiting until all the documents have been assembled.

If documents are denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or whole document denied. Give the number of pages in each document and the total number of pages pertaining to this request and the dates of documents withheld. We request that excised material be "blacked out" rather than "whited out" or cut out and that the remaining non-exempt portions of documents be released as provided under the Freedom of Information Act. Please send a memo (with a copy or copies to me) to the appropriate unit(s) in your office to assure that no records related to this request are destroyed.

Please advise of any destruction of records and include the date of and authority for such destruction. As we expect to appeal any denials, please specify the office and address to which an appeal should be directed.

U.S. Right to Know is requesting a waiver of or, at a minimum, a reduction in fees related to this request. We are a 501(c)(3) nonprofit research organization based in Oakland, California. As a public interest organization, we have no commercial interest in the records that are the subject of this FOIA request and would derive no financial benefit from their disclosure. Our research has been featured many times in newspapers such as the *New York Times* and *The Guardian*, as well as in medical and public health journals such as the *BMJ*. As with our prior work, we intend to disseminate newsworthy information to the general public by way of academic or media articles, or fact sheets, relying upon any records released in response to this FOIA request. These records, which are not publicly available at present, may shed light on the activities of the HHS and its employees in relation to biosafety research networks operating both within the U.S. and abroad, and specifically linked to China. Such disclosure is in the public interest because it is likely to contribute to the public's understanding of the extent to which U.S. taxpayer dollars and resources might be facilitating dual use research of concern on dangerous pathogens in China. Further, documentation of such influence is important, and is in the public interest because it concerns how taxpayer resources are allocated, whether or not they are being wasted or squandered, and whether the public interest is being served.

We ask, if fees are assessed, that they not exceed $25 without first contacting our office for authorization.

Please send the documents electronically in PDF format to Sainath Suryanarayanan at sainath@usrtk.org.

Please call, rather than write Gary Ruskin, if there are any questions or if you need additional information. He can be reached at (415) 944-7350.

Thank you for your help in filling this FOIA request.

Sincerely,

Sainath Suryanarayanan, PhD
Staff Scientist

Gary Ruskin
Executive Director