AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

US RIGHT TO KNOW

*Plaintiff(s)*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

*Defendant(s)*

Civil Action No. 3:22-cv-04328-TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
150 Almaden Blvd., Suite 900
San Jose, CA 95113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RACHEL DOUGHTY (California State Bar No. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502 x2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

*Signature of Clerk or Deputy Clerk*

Date: July 27, 2022

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of HHS, U.S. Attorney's Office
was received by me on *(date)* 7/28/22 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I personally sent the summons via certified mail to the address above pursuant to Federal Rule of Civil Procedure 4(i)(2).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  8/17/22

*Server's signature*

Erica Plasencia, Legal Assistant
*Printed name and title*

P.O. Box 8055 Berkeley, CA 94707
*Server's address*

Additional information regarding attempted service, etc:

Print          Save As...                    Reset

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70201290000094432009

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 2:25 pm on August 18, 2022 in SAN JOSE, CA 95113.

## USPS Tracking Plus® Available ˅

## ✓ Delivered, Front Desk/Reception/Mail Room

August 18, 2022 at 2:25 pm
SAN JOSE, CA 95113

Get Updates ˅

Feedback

| Text & Email Updates | ˅ |
|---|---|
| Tracking History | ˅ |
| USPS Tracking Plus® | ˅ |
| Product Information | ˅ |

See Less ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback