DANIEL C. SNYDER (Oregon State Bar No. 105127)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Facsimile: (202) 232-7203
dsnyder@publicjustice.net
*Admitted pro hac vice*

LILY RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
lrivo@greenfirelaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US RIGHT TO KNOW, | ) Case Number: 3:22-cv-04328-TSH |
| Plaintiff, | ) **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| v. | ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that Daniel C. Snyder, Counsel for Plaintiff US RIGHT TO KNOW, will be traveling and unavailable by phone or email from August 13 to August 20, 2023.

DATED:  July 24, 2023

/s/ *Daniel Snyder*
DANIEL SNYDER, *pro hac vice*
PUBLIC JUSTICE
Counsel for Plaintiff

Page **1** of **2**

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties and their counsel of record in this case.

/s/ Daniel C. Snyder
Daniel C. Snyder, *pro hac vice*

NOTICE OF UNAVAILABLITY OF COUNSEL
No. 3:22-CV-04328-TSH