ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177724)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | CASE NO. 3:22-cv-04328-TSH<br><br>**JOINT STATUS REPORT & STIPULATION REGARDING CASE MANAGEMENT;** ~~**[PROPOSED]**~~ **ORDER** |

Plaintiff US Right to Know ("Plaintiff") and Defendant the United States Department of Health and Human Services ("Defendant"), by and through their undersigned counsel, hereby provide the following status report and stipulation regarding the above captioned matter filed under the Freedom and Information Act ("FOIA").

Defendant has completed production of the documents responsive to Plaintiff's two FOIA Requests. Defendant has withheld some information pursuant to FOIA Exemptions.  The Parties through their counsel have met and conferred regarding a plan forward regarding the information withheld.

The Parties stipulate as follows:

JOINT STATUS REPORT & STIPULATION
3:22-cv-04328-TSH

1

1) By September 11, 2023, Plaintiff will identify and provide Defendant a list of challenged exemptions for partially-withheld records. Defendant will have 45 days from September 11, 2023, until November 6, 2023, to provide Plaintiff a *Vaughn* Index regarding the disputed withholdings.

2) By September 11, 2023, Defendant will provide Plaintiff a list of the fully-withheld records that identifies: the name of the document (unless subject to a disclosure exemption); the total number of pages withheld; the claimed FOIA exemption; and the author(s) and/or recipient(s) of the document (unless subject to a disclosure exemption). Plaintiff will review that list and by September 25, 2023, will provide to Defendant the list of fully-withheld records to which it requests a *Vaughn* Index regarding disputed withholdings. Defendant will produce such an Index to Plaintiff by November 6, 2023.

3) The Parties will thereafter confer and determine if there are any exemptions that can be removed or modified. The Parties will provide a status report advising the Court of whether an agreement has been reached or, if not, a proposal for future case management.

The Parties intend to work cooperatively through the meet and confer process to resolve any disagreements regarding the disputed FOIA withholdings prior to seeking the Court's assistance with either having a Magistrate Judge assist them resolve their disagreements or deciding their disputes through motion practice.

Respectfully submitted,

DATED: August 23, 2023

ISMAIL J. RAMSEY
United States Attorney

/s/
GIOCONDA R. MOLINARI
Assistant United States Attorney
Attorneys for the Federal Defendant

|   |   |
|---|---|
|   | */s/ Daniel C. Snyder* <br> DANIEL C. SNYDER <br> PUBLIC JUSTICE |
|   | */s/ Rachel S. Doughty* <br> RACHEL S. DOUGHTY <br> GREENFIRE LAW, PC |
|   | Attorneys for Plaintiff |

### CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Plaintiff's counsel has concurred in the filing of this document.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the parties' Stipulation Regarding Case Management be entered as an Order of the Court.

Dated: __August 25__, 2023.

_____
THOMAS S. HIXSON
United States Magistrate Judge