ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    savith.iyengar@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | ) No. 3:22-CV-04328-TSH |
|     Plaintiff, | ) |
|   v. | ) **NOTICE OF SUBSTITUTION OF COUNSEL** |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
|     Defendant. | ) |

    PLEASE TAKE NOTICE THAT Assistant United States Attorney Gioconda Molinari is no longer assigned to the above-referenced action, and her appearance as counsel for plaintiff United States Department of Health and Human Services ("HHS") should be terminated. Assistant United States Attorney Savith Iyengar hereby enters his appearance as counsel for HHS.

    Accordingly, the Clerk of Court is respectfully requested to remove Gioconda Molinari from the attorneys to be noticed in this case, and to change the docket sheet and other Court records to reflect that all communications and orders from the Court be sent to Savith Iyengar as counsel of record and the person to be noticed.

///

///

| | |
|---|---|
| DATED: September 29, 2023 | Respectfully submitted,<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br>*/s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney |