# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. 22-cv-04328-TSH<br><br>**STATUS ORDER** |

On August 25, 2023, the Court granted the parties' Stipulation Regarding Case Management. ECF No. 30. Pursuant to stipulation, the parties agreed that Defendant would produce a *Vaughn* Index regarding any disputed holdings by November 6, after which the parties would confer and provide a status report advising the Court of whether an agreement has been reached or, if not, a proposal for future case management. As there have been no further updates, the Court **ORDERS** the parties to file a status report by April 1, 2024.

**IT IS SO ORDERED.**

Dated: March 11, 2024

THOMAS S. HIXSON
United States Magistrate Judge