1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3   SAVITH IYENGAR (CABN 268342)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, CA 94102-3495
        Telephone: (415) 436-7200
6       FAX: (415) 436-6748
        savith.iyengar@usdoj.gov
7
    Attorneys for Defendant
8   UNITED STATES DEPARTMENT OF
    HEALTH AND HUMAN SERVICES
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12
    US RIGHT TO KNOW,                    )   No. 3:22-CV-04328-TSH
13                                        )
            Plaintiff,                    )
14                                        )   **STIPULATION OF SETTLEMENT AND**
        v.                                )   **DISMISSAL WITH PREJUDICE**
15                                        )
    UNITED STATES DEPARTMENT OF           )
16  HEALTH AND HUMAN SERVICES,            )
                                          )
17          Defendant.                    )
                                          )
18
19          Plaintiff US Right to Know ("Plaintiff") and defendant United States Department of Health and

20  Human Services ("Defendant" or "HHS"), by and through their undersigned counsel, hereby enter into

21  this Stipulation of Settlement and Dismissal with Prejudice ("Stipulation"), as follows:

22          WHEREAS, on or about July 14, 2020 and March 8, 2021, Plaintiff submitted Freedom of

23  Information Act ("FOIA") requests to HHS;

24          WHEREAS, on July 27, 2022, Plaintiff filed the instant action against Defendant;

25          WHEREAS, Defendant has now responded to Plaintiff's FOIA requests; and

26          WHEREAS, the parties now wish to resolve this matter without the expense and burden of

27  additional litigation;

28

1    NOW, THEREFORE, the parties hereby stipulate and agree as follows:

2    1.    Defendant shall pay to Plaintiff the amount of twenty-five thousand three hundred and

3    fifty-one dollars and forty-five cents ($25,351.45) in full and complete satisfaction of Plaintiff's claims

4    for attorneys' fees, costs, and litigation expenses under FOIA in the above-captioned matter.  This

5    payment shall constitute full and final satisfaction of any and all of Plaintiff's claims for attorneys' fees,

6    costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest.  Payment

7    will be made by electronic funds transfer, and Plaintiff's counsel will provide the necessary information

8    to Defendant's counsel to effectuate the transfer.  Defendant will make reasonable efforts to make

9    payment within thirty (30) days of the date that Plaintiff's counsel provides the necessary information

10   for the electronic funds transfer but cannot guarantee payment within that timeframe.

11   2.    Upon the execution of this Stipulation, Plaintiff hereby releases and forever discharges

12   Defendant, its successors, the United States of America, any department, agency, or establishment of the

13   United States, including HHS, and any officers, employees, agents, successors, or assigns of such

14   department, agency, or establishment, from any and all claims and causes of action that Plaintiff asserts

15   or could have asserted in this litigation concerning the FOIA requests on which this action is based or

16   any other operative facts alleged in this action, or which hereafter could be asserted by reason of, or with

17   respect to, or in connection with, or which arise out of the FOIA requests on which this action is based

18   or any other operative facts alleged in this action, including but not limited to all past, present, or future

19   claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

20   3.    The provisions of California Civil Code Section 1542 are set forth below:

21   "A general release does not extend to claims which the creditor does not know or suspect
     to exist in his favor at the time of executing the release, which if known by him must have
22   materially affected his settlement with the debtor."

23   Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by its attorneys, and

24   fully understanding the same, nevertheless elects to waive the benefits of any and all rights it may have

25   pursuant to the provision of that statute and any similar provision of federal law.  Plaintiff understands

26   that if the facts concerning any liability under FOIA or liability for attorneys' fees, costs, or litigation

27   expenses are found hereafter to be other than or different than the facts now believed by it to be true, the

28   Stipulation shall be and remain effective notwithstanding such material difference.

4.     Execution of this Stipulation shall constitute dismissal with prejudice of all claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5.     The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any and all remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission on the part of Defendant, the United States, its agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by Defendant regarding Plaintiff's eligibility for or entitlement to attorneys' fees, costs, or litigation expenses under FOIA.  This Stipulation shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding involving Defendant.

6.     This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

7.     If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

8.     This Stipulation shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the parties hereto.  The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation.

9.     The persons signing this Stipulation warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the Stipulation.

10.     This Stipulation may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

///

///

STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE
3:22-cv-04328-TSH                                                3

1      SO STIPULATED AND AGREED.

2

3                               Respectfully submitted,

                               ISMAIL J. RAMSEY
4                               United States Attorney

5  Dated: March 28, 2024       By:   */s/ Savith Iyengar*
                               SAVITH IYENGAR
6                               Assistant United States Attorney
                               Attorneys for Defendant
7

8                               PUBLIC JUSTICE FOUNDATION

9  Dated: March 28, 2024       By:   ***/s/ Daniel C. Snyder*
                               DANIEL C. SNYDER, *pro hac vice*
10                               Attorneys for Plaintiff

11                               GREENFIRE LAW, PC

12  Dated: March 28, 2024       By:   ***/s/ Lily A. Rivo*
13                               LILY A. RIVO
                               Attorneys for Plaintiff
14

15                               ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document
                                   has obtained approval from these signatories.

16

17

18

19

20

21

22

23

24

25

26

27

28